648

No. 191. HARAWAY v. ARKANSAS. October 12, 1942. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Mr. Scipio A. Jones* for petitioner. *Mr. John P. Streepey,* Assistant Attorney General of Arkansas, for respondent.

No. 193. PHILLIPS BUTTORFF MANUFACTURING CO. v. JOHNSON. October 12, 1942. Petition for writ of certiorari to the Supreme Court of Tennessee denied. *Mr. Cecil Sims* for petitioner. *Mr. James C. Havron* for respondent. *Solicitor General Fahy* and *Messrs. Warner W. Gardner* and *Mortimer B. Wolf* filed a brief on behalf of the Administrator of the Wage and Hour Division, U. S. Department of Labor, as *amicus curiae,* in opposition to the petition.

No. 194. MATEUS v. UNITED STATES. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Morris Lavine* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 195. AMERICAN LIBERTY OIL CO. v. COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John Barre King* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Joseph M. Jones,* and *Archibald Cox,* and *Miss Helen R. Carloss* for respondent.